**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00035-CV

### JAMES R. WHITAKER, Appellant

### V.

### PEGGY GARRET, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00467-2008**

## ORDER

The Court **REINSTATES** this appeal.

On January 21, 2010, the Court abated the appeal due to the filing of bankruptcy by appellant. On June 4, 2014, in response to our letter inquiring about the status of the bankruptcy proceedings, we received correspondence from appellee's counsel stating that the "Order Discharging Chapter 7 Trustee and Closing Chapter 7 Case" was signed on December 6, 2011. A copy of the bankruptcy court's order is attaching to the response.

At the time the appeal was abated, appellant had not paid the filing fee for the appeal and the record has not been filed.

Accordingly, we **ORDER** appellant James R. Whitaker to file, within **TEN DAYS** of the date of this order, either a motion to dismiss the appeal or written verification that he intends to

continue the appeal and has made arrangements with the clerk and court reporter for their respective records. If we do not receive either a motion to dismiss or verification within the time specified, we will, without further notice, dismiss the appeal. *See* Tex. R. App. P. 42.2(c).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to James R. Whitaker, 3805 Hattington Lane, Richardson, Texas 75082-5314.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE